IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY RIGSBY, CATHERINE
CONRAD and QUINCY M. NERI,

      JUDGMENT IN A CIVIL CASE

    Plaintiffs,

      Case No.  14-cv-23-bbc

  v.

CHRIS MISCIK, BRUCE BERNDT,
BERNDT, CPA, MICHAEL RILEY
and AXLEY BRYNELSON, LLP,

    Defendants.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Axley Brynelson, LLP, Chris Miscik, and Michael Riley and against plaintiff Rodney Rigsby in the amount of $1687.50 under Fed. R. Civ. P. 37(a)(5).

    /s/                                                       October 23, 2014

Peter Oppeneer, Clerk of Court                       Date