IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RODNEY RIGSBY, CATHERINE CONRAD
and QUINCY M. NERI,

                                                                      ORDER

                 Plaintiff,

                                                                     14-cv-23-bbc

     v.

CHRIS MISCIK, BRUCE BERNDT, BERNDT, CPA,
MICHAEL RILEY and AXLEY BRYNELSON, LLP,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       In an order entered today, I awarded Defendants Axley Brynelson, LLP, Chris Miscik and Michael Riley $1687.50 in fees against plaintiff Rodney Rigsby under Fed. R. Civ. P. 37(a)(5). The clerk of court entered judgment awarding the $1687.50 fees to these defendants. This judgment was entered by mistake and will be vacated. The October 23, 2014 order, however, remains in effect. When the proceedings in this court have concluded, the award of attorney fees will be included in the judgment at that time.

ORDER

       IT IS ORDERED that the judgment entered on October 23, 2014 awarding Defendants Axley Brynelson, LLP, Chris Miscik and Michael Riley $1687.50 in fees against

plaintiff Rodney Rigsby under Fed. R. Civ. P. 37(a)(5), dkt. #165, is VACATED.

Entered this 23d day of October, 2014.

>BY THE COURT:
>/s/
>BARBARA B. CRABB
>District Judge