IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY RIGSBY, QUINCY M. NERI and
CATHERINE CONRAD,

                                   JUDGMENT IN A CIVIL CASE

    Plaintiffs,                                  14-cv-23-bbc

v.

AMERICAN FAMILY MUTUAL INSURANCE
COMPANY, PROGRESSIVE CASUALTY
INSURANCE COMPANY, CHRIS MISCIK,
BRUCE BERNDT, BERNDT, CPA,
MICHAEL RILEY, AXLEY BRYNELSON, LLP,
KRISTINE BURCK, MARILYN WETLEY,
LEVINE WETLEY and UNITY HEALTH PLANS
INSURANCE CORPORATION,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) granting American Family Mutual Insurance Company, Progressive Casualty Insurance Company, Kristine Burck, Marilyn Whetley, Levine Whetley and Unity Health Plans Insurance Corporation's motions to dismiss; and

    (2) granting Chris Miscik, Bruce Berndt, Berndt CPA, Michael Riley and Axley Brynelson, LLP's motions for summary judgment and dismissing this case.

| /s/ | 3/10/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |