IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RODNEY RIGSBY, CATHERINE CONRAD
and QUINCY NERI,

      AMENDED
JUDGMENT IN A CIVIL CASE

    Plaintiffs,

14-cv-23-bbc

v.

CHRIS MISCIK, BRUCE BERNDT,
BERNDT, CPA, MICHAEL RILEY and
AXLEY BRYNELSON, LLP,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding defendants Chris Miscik, Michael Riley and Axley Brynelson, LLP attorney fees and costs in the total amount of $48,735 against plaintiffs Rodney Rigsby, Catherine Conrad and Quincy Neri and an additional $11,025 against plaintiff Rigsby.

| /s/ | 4/24/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |